LINK 31

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| LOS ANGELES PRESS CLUB, STATUS COUP, THE SOUTHLANDER,<br><br>Plaintiffs,<br><br>vs.<br><br>COUNTY OF LOS ANGELES, a municipal entity; LOS ANGELES SHERIFF'S DEPARTMENT, a municipal entity; ROBERT LUNA, sued in his official capacity,<br><br>Defendants. | Case No. 2:25-CV-05541-HDV-CTSx<br><br>Honorable Hernan D. Vera<br><br>**~~[PROPOSED]~~ ORDER GRANTING STIPULATION TO CONTINUE DATES AND DEADLINES**<br><br>*[Stipulation and Declaration of Shawyane Emadi filed concurrently herewith]* |

**~~[PROPOSED]~~ ORDER**

The Court having read and considered the parties' Stipulation to Continue Dates and Deadlines (the "Stipulation"), and good cause having been shown therefor, the Court hereby orders as follows:

//

//

//

//

The dates and deadlines adopted by the Court's Scheduling Conference and Order Setting Pretrial and Trial Schedule [ECF 25] shall be modified to extend the deadlines and dates, and the new deadlines and dates set forth below shall be adopted.

| DEADLINE/EVENT | CURRENT DATE | REQUESTED DATE |
|---|---|---|
| Fact Discovery Cut-Off | 12/01/2026 | 06/01/2027 |
| Expert Disclosure (Initial) | 12/08/2026 | 06/08/2027 |
| Expert Disclosure (Rebuttal) | 12/22/2026 | 06/22/2027 |
| Expert Discovery Cutoff | 01/05/2027 | 07/06/2027 |
| Last Date to Hear Motions | 02/18/2027 | 08/19/2027 |
| Deadline to Complete Settlement Conference | 03/23/2027 | 09/23/2027 |
| Trial Filings (first round) | 04/06/2027 | 10/06/2027 |
| Trial Filings (second round) | 04/20/2027 | 10/20/2027 |
| Hearing on Motions in Limine | 04/27/2027 | 10/26/2027 |
| Final Pretrial Conference | 05/04/2027 at 10:00 a.m. | 11/02/2027 at 10:00 a.m. |
| Trial | 05/25/2027 at 9:00 a.m. | 11/30/2027 at 9:00 a.m. |

**IT IS SO ORDERED.**

Dated: 11/16/26

Honorable Hernan D. Vera
United States District Judge